NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BRYANT ELIJAH DEXTER,     )
     )
     Appellant,     )
     )
v.     )     Case No. 2D16-4902
     )
STATE OF FLORIDA,     )
     )
     Appellee.     )
_____)

Opinion filed October 3, 2018.

Appeal from the Circuit Court for
Hillsborough County; Samantha L. Ward,
Judge.

Howard L. Dimmig, II, Public Defender,
and Tim Bower Rodriguez, Special
Assistant Public Defender, Bartow, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

     Affirmed.


SILBERMAN, LUCAS, and SALARIO, JJ., Concur.